### CLARK v. DEVOE.

*(Supreme Court, General Term, First Department. December 17, 1888.)*

*A. J. Dittenhoefer*, for plaintiff.    *Elmer A. Allen*, for defendant.

No opinion.   Motion granted, upon payment of $10 costs.

---

### COLUMBIA BANK v. INGERSOLL.

### RHODE ISLAND NAT. BANK v. SAME.

*(Supreme Court, General Term, First Department. December 17, 1888.)*

For former report see 1 N. Y. Supp. 54.

PER CURIAM.   There is no provision in the rules for such a motion as this. The parties having extended the time to serve papers beyond the commencement of the term, there is no provision for the making of a motion to dismiss.   Motion denied.

---

### *In re* DARRAGH'S WILL.

*(Supreme Court, General Term, First Department. December 17, 1888.)*

PER CURIAM.   The making of this motion having been delayed until the appellant had printed his papers, we think that he should be allowed to supply the undertaking, upon payment of $10 costs.

The undertaking submitted with the papers cannot be approved, because of the erasures contained therein.

We do not find in the copy of the case submitted on this motion any certificate of the clerk of the surrogate's court that the appeal-book is a correct copy of the record of the surrogate's court.   This must be supplied, or the case cannot be heard.   This certificate, upon appeals from the surrogate, cannot be waived by consent of parties.

---

### FARMERS' LOAN & TRUST CO. v. BANKERS' & MERCHANTS' TEL. CO.

*(Supreme Court, General Term, First Department. December 17, 1888.)*

*Roger Foster*, for plaintiff.    *Miller, Peckham & Dixon*, for defendant.

PER CURIAM.   Upon the motion to dismiss the appeal of Wise & Bill herein, no excuse was offered for failure to print the papers, and no affidavit was ever presented showing any excuse.   Upon the settlement of the order a memorandum claiming to show an excuse was submitted, but as the purpose of requiring a notice of settlement of orders is not to afford an opportunity to reargue the motion, such memorandum could not be considered.   In the motion now before the court the affidavits submitted in answer to the motion seem to present an excuse, and the motion should be denied.

---

### GOSLIN, Respondent, v. MAYOR, ETC., OF THE CITY OF NEW YORK, Appellant.

*(Supreme Court, General Term, First Department. December 17, 1888.)*

*Henry R. Beekman*, for appellant.    *Wm. N. Olcott*, for respondent.

No opinion.   Motion denied upon payment of $10 costs, and appellants stipulating to argue at the next term.